UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM MURPHY, | ) | 1:02-CV-05456-OWW-TAG-HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| v. | ) | RECOMMENDATIONS |
| | ) | (Doc. 28) |
| ANA RAMIREZ PALMER, | ) | |
| | ) | ORDER DISMISSING PETITION FOR |
| | ) | WRIT OF HABEAS CORPUS |
| Respondent. | ) | (Doc. 1) |
| _____ | ) | |
| | | ORDER DIRECTING CLERK OF |
| | | COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 21, 2005, the Magistrate Judge assigned to the case filed a Report and

1  Recommendations recommending that the petition for writ of habeas corpus be DENIED on the
2  merits. (Doc. 28). The Report and Recommendations were served on all parties and contained
3  notice that any objections were to be filed within thirty days from the date of service of that order.
4  After obtaining an extension of time, Petitioner timely filed objections to the Magistrate Judge's
5  Report and Recommendations on November 28, 2005. (Doc. 30).
6  ///
7  ///
8  ///
9       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*
10 *novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections,
11 the Court concludes that the Magistrate Judge's Report and Recommendations are supported by the
12 record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate
13 Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:
14     1. The Report and Recommendations issued October 21, 2005 (Doc. 28), are ADOPTED IN
15     FULL;
16     2. The petition for writ of habeas corpus (Doc. 1), is Dismissed; and
17     3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the
18     file.
19     This order terminates the action in its entirety.
20
21
22 IT IS SO ORDERED.
23 **Dated:   December 19, 2005**             /s/ Oliver W. Wanger
    emm0d6                                       UNITED STATES DISTRICT JUDGE
24
25
26
27
28